ADRMOP,CLOSED

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:16−cv−01941−JD

JMA Ventures, LLC et al v. Starwood Hotels and Resorts Worldwide Inc.
Assigned to: Hon. James Donato
Cause: 28:1332 Diversity−Other Contract

Date Filed: 04/12/2016
Date Terminated: 10/11/2016
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**JMA Ventures, LLC** represented by

**Joshua H. Lerner**
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
415−362−6666
Fax: 415−236−6300
Email: jlerner@durietangri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Aaron Feldman**
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
United Sta
415−362−6666
Fax: 415−236−6300
Email: mfeldman@durietangri.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Roxborough Group, LLC** represented by

**Joshua H. Lerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Aaron Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Starwood Hotels and Resorts Worldwide Inc.** represented by

**Jacquelyn Nicole Schell**
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
212−541−2000
Email: jacquelyn.schell@bryancave.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meryl Macklin**
Bryan Cave LLP
Three Embarcadero Center
7th Floor
San Francisco, CA 94111
415−675−3400
Fax: 415−675−3434
Email: meryl.macklin@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Weissman**
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
212−514−2000
Email: nmweissman@bryancave.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2016 | Ï | Pro Hac Vice fees': $ 610.00, receipt number 34611116443. (hdjS, COURT STAFF) (Filed on 6/28/2016) (Entered: 07/01/2016) |
| 06/30/2016 | Ï 34 | **Minute Entry for proceedings held before Hon. James Donato: Telephone Conference held on 6/30/2016.Total Time in Court 11 minutes. Court Reporter Name Not Reported. (lrcS, COURT STAFF) (Date Filed: 6/30/2016) (Entered: 07/01/2016)** |
| 07/01/2016 | Ï 35 | CLERK'S NOTICE. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* Case Management Statement due by 7/27/2016. Initial Case Management Conference set for 8/3/2016 01:30 PM in Courtroom 11, 19th Floor, San Francisco. (lrcS, COURT STAFF) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/14/2016 | Ï 36 | **erroneous docket entry** Administrative Motion to File Under Seal filed by Starwood Hotels and Resorts Worldwide Inc.. (Attachments: # 1 Declaration Declaration of Cynthia Potter In Support of Defendant Starwood Hotels & Resorts, Worldwide Inc.'s Administrative Motion to File Documents Under Seal, # 2 Exhibit Public Redacted Exhibit A to Potter Declaration, # 3 Proposed Order [Proposed] Order Granting Starwood's Administrative Motion to File Under Seal)(Macklin, Meryl) (Filed on 7/14/2016) Modified on 7/19/2016 (hdjS, COURT STAFF). (Entered: 07/14/2016) |
| 07/14/2016 | Ï 37 | Administrative Motion to File Under Seal filed by Starwood Hotels and Resorts Worldwide Inc.. (Attachments: # 1 Declaration Declaration of Cynthia Potter In Support of Administrative Motion to File Documents Under Seal, # 2 Exhibit Public Redacted Exhibit A to Potter Declaration, # 3 Exhibit Sealed Exhibit A to Potter Declaration, # 4 Proposed Order [Proposed] Order Granting Motion to Seal)(Macklin, Meryl) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/15/2016 | Ï 38 | **ORDER by Judge James Donato re 36 , 37 Administrative Motion to File Under Seal. (jdlc1S, COURT STAFF) (Filed on 7/15/2016) (Entered: 07/15/2016)** |

| | | |
|---|---|---|
| 07/22/2016 | Ï 39 | Statement *Regarding Sealed Documents* by Starwood Hotels and Resorts Worldwide Inc.. (Macklin, Meryl) (Filed on 7/22/2016) (Entered: 07/22/2016) |
| 07/25/2016 | Ï 40 | STIPULATION WITH [PROPOSED] ORDER re *Stipulated Protective Order for Standard Litigation* filed by JMA Ventures, LLC, The Roxborough Group, LLC. (Feldman, Michael) (Filed on 7/25/2016) (Entered: 07/25/2016) |
| 07/26/2016 | Ï 41 | *CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS* filed by Starwood Hotels & Resorts Worldwide, Inc.. (Macklin, Meryl) (Filed on 7/26/2016) (Entered: 07/26/2016) |
| 07/27/2016 | Ï 42 | JOINT CASE MANAGEMENT STATEMENT filed by JMA Ventures, LLC, The Roxborough Group, LLC. (Feldman, Michael) (Filed on 7/27/2016) (Entered: 07/27/2016) |
| 08/01/2016 | Ï 43 | **Order by Hon. James Donato re 40 Stipulated Protective Order: The parties' stipulated protective order is approved, except that for those provisions that conflict with the Court's Standing Orders (e.g., relating to the filing of discovery motions rather than discovery dispute letters), the Court's Standing Orders will govern. (This is a text−only entry. There is no document associated with this entry.) (jdlc1S, COURT STAFF) (Filed on 8/1/2016) (Entered: 08/01/2016)** |
| 08/01/2016 | Ï 44 | Administrative Motion to File Under Seal filed by JMA Ventures, LLC, The Roxborough Group, LLC. (Attachments: # 1 Declaration of Michael A. Feldman, # 2 Proposed Order, # 3 Redacted − Plaintiffs Opposition to Defendants Motion to Dismiss, # 4 Unredacted − Plaintiffs Opposition to Defendants Motion to Dismiss)(Feldman, Michael) (Filed on 8/1/2016) (Entered: 08/01/2016) |
| 08/02/2016 | Ï 45 | RESPONSE to *Defendant's Motion to Dismiss [D.N. 24]* by JMA Ventures, LLC, The Roxborough Group, LLC. (Attachments: # 1 Declaration of Michael A. Feldman, # 2 Exhibit Feldman Decl. Ex. A)(Feldman, Michael) (Filed on 8/2/2016) (Entered: 08/02/2016) |
| 08/04/2016 | Ï 46 | **Minute Entry for proceedings held before Hon. James Donato: Initial Case Management Conference held on 8/3/2016.FTR Time 1:57−2:05. (lrcS, COURT STAFF) (Date Filed: 8/4/2016) (Entered: 08/04/2016)** |
| 08/05/2016 | Ï 47 | **CASE MANAGEMENT SCHEDULING ORDER: Jury Selection set for 11/13/2017 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. James Donato. Jury Trial set for 11/13/2017 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. James Donato. Pretrial Conference set for 10/26/2017 01:30 PM in Courtroom 11, 19th Floor, San Francisco before Hon. James Donato. Discovery due by 4/3/2017. Motions due by 6/30/2017.. Signed by Judge James Donato on 8/5/16. (lrcS, COURT STAFF) (Filed on 8/5/2016) (Entered: 08/05/2016)** |
| 08/15/2016 | Ï 48 | ***DISREGARD FILED IN ERROR***CLERK'S NOTICE. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* Final Pretrial Conference set for 10/27/2016 01:30 PM in Courtroom 11, 19th Floor, San Francisco. (lrcS, COURT STAFF) (Filed on 8/15/2016) Modified on 8/16/2016 (lrcS, COURT STAFF). (Entered: 08/15/2016) |
| 08/15/2016 | Ï 49 | NOTICE by JMA Ventures, LLC, The Roxborough Group, LLC re 46 Case Management Conference − Initial *Notice of Intent to Appear for Oral Argument* (Feldman, Michael) (Filed on 8/15/2016) (Entered: 08/15/2016) |
| 08/22/2016 | Ï 50 | **ORDER Setting Hearing on 24 MOTION to Dismiss : Motion Hearing set for 10/6/2016 10:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. James Donato. Signed by Judge James Donato on 8/22/2016. (jdlc1S, COURT STAFF) (Filed on 8/22/2016) (Entered: 08/22/2016)** |
| 08/24/2016 | Ï 51 | |

| | | |
|---|---|---|
| | | REPLY (re 44 Administrative Motion to File Under Seal ) *DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS* filed byStarwood Hotels and Resorts Worldwide Inc.. (Macklin, Meryl) (Filed on 8/24/2016) (Entered: 08/24/2016) |
| 10/05/2016 | Ï 52 | Certificate of Interested Entities by Starwood Hotels and Resorts Worldwide Inc. identifying Corporate Parent Marriott International, Inc. for Starwood Hotels and Resorts Worldwide Inc.. (Macklin, Meryl) (Filed on 10/5/2016) (Entered: 10/05/2016) |
| 10/11/2016 | Ï 53 | **Minute Entry for proceedings held before Hon. James Donato: Motion Hearing held on 10/6/2016. Total Time in Court 14 Minutes. Court Reporter Name Kathy Sullivan. (lrcS, COURT STAFF) (Date Filed: 10/11/2016) (Entered: 10/11/2016)** |
| 10/11/2016 | Ï 54 | NOTICE of Change of Address by Meryl Macklin (Macklin, Meryl) (Filed on 10/11/2016) (Entered: 10/11/2016) |
| 10/11/2016 | Ï 55 | TRANSCRIPT ORDER for proceedings held on 10/6/2016 before Hon. James Donato by Starwood Hotels and Resorts Worldwide Inc., for Court Reporter Katherine Sullivan. (Macklin, Meryl) (Filed on 10/11/2016) (Entered: 10/11/2016) |