UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JMA VENTURES, LLC and THE ROXBOROUGH GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARWOOD HOTELS and RESORTS WORLDWIDE INC.,<br><br>Defendants. | **16 Civ. 08092 (AJN)**<br><br>**ECF CASE** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice by Plaintiffs JMA Ventures, LLC and The Roxborough Group, LLC against Defendant Starwood Hotels & Resorts Worldwide LLC, formerly known as Starwood Hotels & Resorts Worldwide Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own fees and costs.

Dated: September 22, 2017

DURIE TANGRI LLP

By: ______________________
JOSHUA H. LERNER

JOSHUA H. LERNER (*Pro Hac Vice*)
jlerner@durietangri.com
ANDREW L. PERITO (*Pro Hac Vice*)
aperito@durietangri.com
MICHAEL A. FELDMAN (*Pro Hac Vice*)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666

Facsimile: 415-236-6300

Attorneys for Plaintiffs
JMA VENTURES, LLC and
THE ROXBOROUGH GROUP, LLC

Dated: September 22, 2017

BRYAN CAVE LLP

By: ______________________

Noah M. Weissman
Jacquelyn N. Schell
Bieta Andemariam
BRYAN CAVE LLP
1290 Avenue of the Americas, 35th Floor
NewYork, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
nmweissman@bryancave.com
jacquelyn.schell@bryancave.com
Bieta.Andemariam@bryancave.com

Attorneys for Defendant
STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC
f/k/a STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

JOSHUA H. LERNER