UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JMA VENTURES, LLC and THE
ROXBOROUGH GROUP, LLC,

                           Plaintiffs,

v.

STARWOOD HOTELS and RESORTS
WORLDWIDE INC.,

                           Defendants.

16 Civ. 08092 (AJN)

ECF CASE

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice by Plaintiffs JMA Ventures, LLC and The Roxborough Group, LLC against Defendant Starwood Hotels & Resorts Worldwide LLC, formerly known as Starwood Hotels & Resorts Worldwide Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own fees and costs.

Dated: September 21, 2017                    DURIE TANGRI LLP

                                          By:     /s/ Joshua H. Lerner
                                                        JOSHUA H. LERNER

JOSHUA H. LERNER (*Pro Hac Vice*)
jlerner@durietangri.com
ANDREW L. PERITO (*Pro Hac Vice*)
aperito@durietangri.com
MICHAEL A. FELDMAN (*Pro Hac Vice*)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666

BY ECF

SO ORDERED: 9/25/17

Hon. Andrew Jay Peck
United States Magistrate Judge

                Facsimile:    415-236-6300

                Attorneys for Plaintiffs
                JMA VENTURES, LLC and
                THE ROXBOROUGH GROUP, LLC

Dated: September 21, 2017      BRYAN CAVE LLP

            By:        */s/ Noah M. Weissman*

                Noah M. Weissman
                Jacquelyn N. Schell
                Bieta Andemariam
                BRYAN CAVE LLP
                1290 Avenue of the Americas. 35th Floor
                NewYork, NY 10104
                Telephone: (212) 541-2000
                Facsimile: (212) 541-4630
                nmweissman@bryancave.com
                jacquelyn.schell@bryancave.com
                Bieta.Andemariam@bryancave.com

                Attorneys for Defendant
                STARWOOD HOTELS & RESORTS
                WORLDWIDE, LLC
                f/k/a STARWOOD HOTELS & RESORTS
                WORLDWIDE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER